**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**RITA CROUCH**                                                                                          **PLAINTIFF**

**V.**                                    **NO. 2:08CV00070 JMM/HDY**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

The defendant has moved to remand this case for further administrative proceedings pursuant to sentence six of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The defendant recites in his motion that the Administrative Law Judge (ALJ) considered and relied upon pages 1-10 of Exhibit 6F. The defendant notes, however, that these pages relate to another individual. As a result, the defendant seeks remand in order for the ALJ to consider the plaintiff's condition without reference to those pages. The defendant states that plaintiff's counsel has been contacted and does not object to the remand of the case. Remand under these circumstances is appropriate, as the transcript error amounts to good cause. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

For good cause shown, the defendant's motion to remand pursuant to sentence six of section 205(g) is granted. The Clerk is directed to administratively close this file.

IT IS SO ORDERED this __9__ day of July, 2008.


                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE