IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RITA LOUISE CROUCH                                                    PLAINTIFF

V.                              CASE NO 2:08CV00070 JMM

MICHAEL ASTRUE,
Commissioner
Social Security Administration                                        DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this  9  day of February, 2012.

_____
James M. Moody
United States District Judge